FORM TO BE USED BY FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREDERICK H. BANKS #05711-068
Unit 2AU
POB 5000
Yazoo City, MS 39194

Petitioner Plaintiff

Jury Trial Demanded

NOTICE OF LIS PENDENS
(EVIDENTIARY HEARING) REQUESTED

FREDERICK H. BANKS, #05711-068, Unit 2AU, PO Box 5000, YAZOO CITY, MS 39194-5000
(Full name under which you were convicted;
prison number; and full mailing address.)

Case: 1:08-cv-00174
Assigned To : Unassigned
Assign. Date : 1/29/2008
Description: Pro Se General Civil

JURY ACTION

Vs.

MR. BRATCHER; MS. WRIGHT; MR. MUCUTCHAN; EDUCATION SUPERVISORS; CONSTANCE REESE; HARLEY LAPPIN, DIRECTOR; Respondent R.E. HOLT, PRESIDENT GEORGE BUSH; Steve Schwalb; Julie Nicklin; Cameron Lindsey; Marc Renda; Patricia R. Stansberry; Walter Harris; Denise Brewer; Eden White; Christopher Curry; Mildred Greer; Lisa M. Sunderman; G. Oslow; Kathleen M. Kenny, Lt. Dodson, Lt. Allen; Chaplain Robinson, Chaplain Zickefoose;
Defendants.

CONSTANCE REESE
(Name of Warden or other authorized person having custody of petitioner.)

Complaint

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (Check appropriate blank.)

[ ] a conviction

[ ] a sentence (CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

[ ] jail or prison conditions

[ ] prison discipline

[ ] a parole problem
[x] other. State briefly: Wrongful firing; denial of access to the courts; First Amendment violations, Due Process, Equal Protection, and Cruel and Unusual Punishment

RECEIVED
OCT 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2. Place of detention: **FCC YAZOO CITY (LOW)**

3. Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

   [X] Yes    [ ] No

   If your answer above is "Yes," give the following information:

   a. Name of Court: US DIST COURT WESTERN DISTRICT OF PA

   b. Nature of Proceeding: 2255 CRIMINAL

   c. Grounds raised: INEFFECTIVE ASSISTANCE

   d. Result: denied appeal for COA pending (limited remand)

   e. Date of Result: 2006

   f. Citation or number of any written opinion or order entered pursuant to each such disposition: unknown

4. If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: The within complaint concerns prison officials abuse of authority when I contested the fact that the prison law library is inadequate and the law library computers where offline for 3+ months and I told education staff that I planned to seek other remedy to fix the problem since they refused they responded by telling me that "based on what I said I will not be added to the detail" and after working over a month without pay dismissed me in violation of my First Amendment Rights, Equal Protection of the Laws, Due Process, and Crue and Unusual Punishment which also violated the whistle blowers statute of the false claims act. A 2255 Petition is ineffective and inadequate to challenge conditions of confinement

5. Are you presently represented by counsel?  [ ] Yes  [X] No

   If so, name, address and phone number of counsel: _____

2

6. Name and location of court which imposed sentence:

   US District COurt Western District of Pennsylvania

7. Indictment or case number, if known: 03-245; 04-176

8. Offense or offenses for which sentence was imposed:

   money laundering; mail fraud; copyright infringement

9. Date upon which sentence was imposed and the terms of the sentence:

   2/28/05 & 3/16/07

10. When was a finding of guilty made? (Check one.)

    [ ] After a plea of guilty

    [x] After a plea of not guilty

    [ ] After a plea of nolo contendere

11. If you were found guilty after a plea of not guilty, was that finding made by:

    [x] A jury

    [ ] A judge without a jury

12. Did you appeal from the judgment of conviction or the imposition of sentence?

    [x] Yes    [ ] No

13. If you did appeal, give the following information for each appeal:

    a. Name of Court: US Court of Appeals for the Third Circuit

    b. Result: Affirmed

    c. Date of Result: 2006

    d. Citation or number of opinion: 451 F.3d 186

    e. Grounds raised: (List each one.)

    32(h) post booker, forfeiture authority, right to self representation. etc.

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e. Do not write on the reverse of pages.

14. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Count one: Education Law Department Does not have Entire LED Supreme Court Case Section and many Volumes of F2d which denies Court Access And Due Process

Supporting FACTS: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.)

Approximately 4 months preceding the filing of this pleading Respondents Removed the Law Library Computers (restricted access) to them and Banks was not allowed to access them. The Law Library did not have the entire LED Supreme Court volumes, many F2d volumes and other case law Banks needed to file and litigate his actions. As such Banks' access to the Courts was violated. The Education Department also allowed inmates to conduct Businesses on their watch and did nothing they simply played favorites and denied Banks his right to Equal Protection.

b. Ground two: Count 2 + Bratcher called Banks into his office and with Wright present violated his First Amendment Rights

Supporting FACTS: On 10/3/07 at 1:30pm Bratcher called Banks into his office in education and told him the following: "based on what you wrote in this cop out you are not assigned to work here and you need to find employment elsewhere." Wright was present at this verbal lashing and did nothing, but concurred in Bratcher's assessment, and thus aided and abetted the violation of Banks First Amendment Rights in this miscarriage of justice by these monsters of injustice. See Cop out Attachment (exhibit A)

c. McCutchen stated to Banks on the same date that he should not file anything against education staff because if he does the powers that be may dismiss him from his education Law Library assignment. None of the staff would answer in writing Banks' cop out they stated they refused to put anything in writing.

Supporting FACTS: McCutchan also stated that Hurley Lappin, R.E. Holt and others were well aware of the problem with the restricted computers and missing legal books at the Law Library and refused to issue funds to correct the problem. Reese knew of this problem and did nothing. Banks spoke to reese during September, 2007 and she denied his request for an adequate Law Library.

15. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. The FCC Yazoo city Law Library is inadequate the Court should order that all LED volumes, 1 F.2d and others volumes be purchased and that the computers be put back online for Banks, that Banks' position be restored, that staff be sanctioned, that damages be awarded to Banks in the amount of $500,000,000.00 plus costs, interests and attorney fees. pursuant to the Constitutional violations of the First, Fifth, Sixth, and Eighth Amendments along with punative damages in the amount of $1,000,000,000.00 totaling $1,500,000,000.00. Banks had the right to contest constitutional violations of incompetent staff and federal officials.

Signed this 3rd day of October, 2007.

_____
Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 10/3/07
          (Date)

_____
Signature of Petitioner

Count 3 — Constitutional Violations

In 2006 I was confined at FPC Canaan. I spoke to the chaplain about obtaining a plot of land on which to build a pyramid temple and access to religious services so that I could freely practice my religion, Thelema. (Thelema is a religion based on ancient Egypt and was founded by Aleister Crowley a powerful mystic from England who when on a trip to Egypt was visited by the prophet "Aiwass" who presented the word to Crowley who wrote it down into my religious book known as "The Book of the Law" Thelema is a known religion of 100,000+ members in the United States.) The chaplain presented me with a application "New Religious Services" which I filled out and returned to him. The application was rejected and sent back to me apparently for more details. I returned the application to the Chaplain. The application was rejected again (for the same reason) I complained about this and resubmitted the application. (The chaplain claims I did not resubmit the application). Shortly thereafter I was called into Julie Nicklin's office, present were Marc Renda and Art Roberts. They told me that I needed to go to the SHU because I was harrassing the Chaplain. I explained that I was trying to get my religion established at the Camp and needed to practice because I was falling into disfavor with my gods. Nicklin responded by contacting the SHU and having me picked up by two guards in grey uniforms and lodged into the hole. During this time I requested my Book of the Law so that I could pray. Nicklin Renda and the Chaplain refused to provide me with my religious book and would not give me access to any religious items. I was transferred from Canaan to Butner. When I arrived at Butner I spoke with Chaplain Robinson who would not provide me with the form "New Religious Services". He did however let me know that the form was never submitted to the region or central office for review that I had given to the Canaan Chaplain. Finally the Secretary at Butner provided me with the application which I submitted back to her. I checked back with religious services but was never given access to a place to pray and I learned that the application was never submitted. I demanded my rights to religious freedom from the Chaplain and Defendants

he said he would get back to me in a week. A few days later SIS detained me and lodged me into the SHu (Lt Dodson and Lt. Allen). I later found out that Nicklin and Penda falsified their report and claimed I had "personal information about the warden which they used to justify the transfer and management variable application creating an atypical and significant hardship because of the higher custody status, less access to recreation, food, movement, law library, family and friends. No hearing was ever given or took place. Botner officials claimed I became infatuated with my Psychologist because of writings that I made and presented to her. This was all a ruse the real reason I was transferred was because of my religion and that's why defendants applied the management variable. Botner did not give me a hearing and sent me to Yazoo City (low). When I arrived at Yazoo City, I again requested access to religious services. I submitted the New Religious Services Application to Chaplain Williams. The application never left the building and I was again denied access. I am being confined in the wrong prison. Respondents violated my Constitutional Rights to Religious Freedom by not allowing me to freely access my religion at religious services and transferring me because I wished to practice and perform my religion and requested access to land for religious purposes. This activity resulted in a violation of Cruel and Unusual Punishment in violation of the 8th Amendment because I was lodged into the SHu, threatened with bodily harm, placed in a black box and carted around like cattle from destination to destination because of a management variable that was applied without justification and due process of law. I was crucified because I am a Telemite. This activity is unconscionable and spits in the eyes of justice. ~~Please establish~~ Since I am being unlawfully confined in the wrong prison (I note that I am camp custody points +2 but the management variable unlawfully and unconstitutionally applied keeps me at the low.) I have exhausted my administrative remedies all the way to the central office by filing BP 8, 9, 10, 11. I never received the final response back from DC but I contacted several Senators concerning this issue. Senator Mark Pryor of Arkansas through his office manager Joan L. Vehik provided me with a copy of documentation showing that I have exhausted on this issue. Defendants

never let the Central offices response get to me. Education staff Wright, Bratcher, Mucklhson and others instigated a cover up when they falsified Banks education file by not listing his corrispondence courses in his file even after Banks received a letter from the central office stating that individual corrispondence courses will be kept in your central file via the computer records. This was done so that Banks would be denied a transfer to a lower custody prison, and that the management variable would be kept on him all in violation of the Due Process Clause, Equal Protection, Cruel and Unusual punishment and the Laws and Constitution of the United States. Banks therefore is entitled to damages for the violations in the amount of $1,500,000.00. All Defendants conduct was willful, malicious, in humane, degrading, purposeful, intelligent and idiotic.

Frederick Banks

## NOTICE OF LIS PENDENS

Plaintiff Frederick Banks hereby gives notice that all property of the above named Defendants is hereby encumbered during the pendency of this action including but not limited to income past and present and future, Homes, Real estate, vacation Homes, all vehicles, motorcycles, Jewelry, clothing, watches, electronic equipment, glasses, books, bibles, games, air water and mineral rights, credit cards, Bank accounts, investments, mutual funds, CDS (certificate of deposits), Stocks, Bonds, tickets, luggage, fixtures, all income, all property stored in homes, garages, or vehicles, garages, telephones, transmitting utilities, checkbooks and all other property. Any property not specifically listed is included as the same. This Lis Pendens creates a cloud over the foregoing property and may not be transferred, retitled, or exposed of in any manner during the pendency of this action including all appeals taken therefrom. This Lis Pendens may not be discharged in Bankruptcy Court as the property of Plaintiff is exempt from levy. This Lis Pendens serves as notice to the public and any parties dealing with the Defendants BEWARE THEY ARE IN DEEP DEBT! Defendants reside in Yazoo County, Mississippi State, The District of Columbia, Georgia. This Lis Pendens clouds property in the entire United States and anywhere else in the world under International Law.

Respectfully submitted,
(S) BANKS FREDERICK (c) (TM)

Frederick Banks
Secured Party Creditor
Holder in Due Course
without Recourse
without Prejudice

This cop out and any response thereto must be copied to my central file in compliance with the privacy act 5 USC § 552a.
cc: Harley Lappin, Director, Federal Bureau of Prisons, 320 First Street, NW. Washington, DC 20534

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms. Wright; Mr. Bratcher; Mr. Mucutchan | DATE: 10/1/07 |
|---|---|
| FROM: Frederick Banks | REGISTER NO.: 05711-068 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Hello. I wanted to let you know I talked to Ms. Span in rec and she stated I cannot work in rec because of my medical restrictions (I'm allergic to chemicals and cannot lift) She also stated that she would e-mail the counselor and tell her to switch me to education and she said that the person who used to do the job changes at the medium is not doing it anymore. Thus, if the e-mail was sent to that person that is probably why he didn't respond.

Secondly, I would like you to contact my community college (Community College of Allegheny County) and secure me a copy of my transcripts, the last institution did this but when I was transferred the documents were lost in the shuffle.

Lastly, I would like to know if the computers are coming back with all the case law like LED on it and when or if and when we are getting the books that we don't have. This request is made in the first instance because the fact that we are missing entire volumes of books violates my access to the courts as I represent myself in several criminal and civil actions, am co-counsel in other cases and serve in an advisory capacity in yet other cases in which I have counsel in various Federal state and International Courts. If this situation is not correct in the next week I will unfortunately have to seek other remedy. Nothing personal this is strictly business. Thank you for your attention to my aforementioned concerns. Sincerely, Frederick Banks

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)   Exhibit A
This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

08 0174

**FILED**
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARK PRYOR
ARKANSAS

COMMITTEES:
ARMED SERVICES

COMMERCE, SCIENCE, AND
TRANSPORTATION

HOMELAND SECURITY AND
GOVERNMENTAL AFFAIRS

SMALL BUSINESS AND
ENTREPRENEURSHIP

RULES AND ADMINISTRATION

SELECT COMMITTEE ON ETHICS

# United States Senate
WASHINGTON, DC 20510

255 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-2353

500 PRESIDENT CLINTON AVENUE
SUITE 401
LITTLE ROCK, AR 72201
(501) 324-6336
TOLL FREE: (877) 259-9602

http://pryor.senate.gov

September 19, 2007

Mr. Frederick Banks
Post Office Box 5000
Yazoo City, Mississippi 39194

Dear Mr. Banks:

We recently heard from the Federal Bureau of Prisons in response to the inquiry our office made at your request. We are enclosing a copy of that email for your information.

On behalf of Senator Mark Pryor, thank you for giving our office the opportunity to be of assistance to you.

Sincerely,

Joan L. Vehik
Office Manager

Enclosure

Exhibit B

\*\* High Priority \*\*

Joan:

Good morning! This informal e-mail is in response to your facsimile Congressional inquiry concerning Frederick H. Banks, Reg. No. 05711-068, an inmate currently housed at the Federal Correctional Complex, Yazoo City, Mississippi. Inmate Banks has contacted the Senator's office requesting the removal of a 'Greater Security' Management Variable), and to be transferred to a Minimum-security camp facility.

Inmate Banks is a 40-year old male who was sentenced out of the Western District of Pennsylvania to a total term of 123-months and three-years of Supervised Release for Mail Fraud, Criminal Copyright Infringement, Money Laundering, Uttering and Possession of Counterfeit or Forged Security, and Witness Tampering. He has a projected release date of 05/23/2013, via Good Conduct Time. Inmate Banks' legal residence is Pittsburgh, Pennsylvania.

A review of inmate Banks' record reveals that he has exhausted his appeal rights on this issue through the Bureau's Administrative Remedy Program (and has been denied at all levels). On 08/28/2007, Harrell Watts, Administrator, National Inmate Appeals, responded to inmate Banks:

"Our review reveals the Warden and Regional Director adequately responded to the issues you raised in your appeal. The issue of transfers is left to the discretion of the Warden and staff at the Designation and Sentence Computation Center per Program Statement 5100.08, Security Designation and Custody Classification Manual. The Bureau of Prisons attempts to designate inmates to facilities as close to their homes as possible commensurate with their security needs.
Several factors are considered in redesignations (transfers) from one Bureau institution to another including, but not limited to release residence, population pressures, security level, program needs, and public safety. In addition, the inmate's institutional adjustment and program performance are also carefully reviewed when a redesignation is considered.

Management Variables are applied to reflect and support the professional judgement of Bureau of Prisons staff in order to ensure placement in the most appropriate security level institution. They are required when placement has been made/or maintained at an institution level inconsistent with the inmate's security level. As indicated in your response from the Regional Director, staff will continue to monitor your case and will remove the Management Variable when they determine it is no longer applicable. We therefore concur with the responses provided. Accordingly, your appeal is denied."

Hopefully, you will find this information helpful. Should you have any questions or need any additional information, please don't hesitate to contact me. Take care -

Karen Dellarocco
Office of Legislative Affairs
Federal Bureau of Prisons

This message and any attached documents are intended for official use and may contain SENSITIVE information. If this message and any attachments contain SENSITIVE information, they should be labeled, stored, managed, and disposed of according to procedures that maintain the integrity of any SENSITIVE information.

LITTLE ROCK AR 720
30 SEP 2007

Mr. Frederick Banks
Post Office Box 5000
Yazoo City, MS 39194

**United States Senate**
WASHINGTON, DC 20510-0405

OFFICIAL BUSINESS

#057115-068
Unit 2 AU

Service Addresses
FCC Yazoo City (Low)
Bratcher; Wright; McCutchan
Constance Reese; Eden White;
Christopher Curry; Mildred Greer;
PO Box 5050
2225 Haley Barbour Parkway
Yazoo City, MS 39194

Nicklin; Lindsey; Renda - USP Canaan / Canaan, PA

Stansberry - FCI Petersburg

Harriss; Brewer; Robinson; Zickefoose
FCI Butner
PO Box 999
Butner, NC 27509

Lappin; Kenny; Schwalb
320 First St., NW
Washington DC 20534

Bush
1600 Pennsylvania Ave
Washington DC 20001

Holt; Sundenman; Oslow
  Southeast regional office 3800 Camp Creek road
    Atlanta GA.