FILED
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Columbia
_______________ DIVISION

Frederick H. Banks, et al.,

Petitioner

v.

CIVIL ACTION NO. 08 0174

Bratcher, et al

Respondent

**MOTION TO PROCEED *IN FORMA PAUPERIS***

I, Frederick Banks, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: [signature] Date: 10/3/07

**AFFIDAVIT IN SUPPORT OF MOTION**

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ✓ Yes ___ No
   If "yes" state the place of your incarceration FCC Y/4200

2. Are you presently employed (at the institution or otherwise)? ___ Yes ✓ No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. ____________
   b. If the answer is "no," state the date of the last employment and the amount of the salary and wages per month which you received. FB of 10/3/07 8.00 mth

3. Have you received within the past twelve months any money from any of the following

RECEIVED
OCT 09 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

sources?

a. Business, profession or form of self-employment? ____ Yes ✓ No
b. Rent payments, interest or dividends? ____ Yes ✓ No
c. Pensions, annuities or life insurance payments? ____ Yes ✓ No
d. Gifts or inheritances? ✓ Yes ____ No
e. Any other sources? ____ Yes ✓ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. 299 Family

4. Do you own cash, or do you have money in a checking or savings account? ____ Yes ✓ No (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ____ Yes ✓ No
If the answer is "yes," describe the property and state its approximate value.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
No one

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 10/3/07
Date

[signature]
Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $ 0.00 on account to his credit at the Yazoo City institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said institution:

10/2/07
Date

[signature]
Authorized Officer of Institution

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05711068 | **Current Institution:** | Yazoo City FCI |
| **Inmate Name:** | BANKS, FREDERICK | **Housing Unit:** | YAZ-B-C |
| **Report Date:** | 10/03/2007 | **Living Quarters:** | B11-037U |
| **Report Time:** | 4:02:36 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | 10/1/2007 12:10:45 AM | FBUXD008 - 2 | | | Debt Encumbrance - Released | | $7.12 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD061 - 5 | | | Debt Encumbrance - Released | | $7.12 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD063 - 4 | | | Debt Encumbrance - Released | | $7.12 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | GBUXD010 - 1 | | | Debt Encumbrance - Released | | $7.12 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD062 - 3 | | | Debt Encumbrance - Released | | $7.12 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD063 - 2232 | | | Debt Encumbrance - Released | | $4.14 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | GBUXD010 - 2230 | | | Debt Encumbrance - Released | | $4.14 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD062 - 2231 | | | Debt Encumbrance - Released | | $4.14 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD061 - 2233 | | | Debt Encumbrance - Released | | $4.14 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FBUXD008 - 2229 | | | Debt Encumbrance - Released | | $4.14 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FBUXD008 - 2268 | | | Debt Encumbrance - Released | | $1.57 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD061 - 2272 | | | Debt Encumbrance - Released | | $1.57 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD062 - 2270 | | | Debt Encumbrance - Released | | $1.57 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | GBUXD010 - 2269 | | | Debt Encumbrance - Released | | $1.57 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD063 - 2271 | | | Debt Encumbrance - Released | | $1.57 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD043 - 2234 | | | Debt Encumbrance - Released | | $0.04 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD043 - 2273 | | | Debt Encumbrance - Released | | $0.03 | -------- |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD043 | 7 | | PLRA Payment | ($0.07) | | $12.61 |
| YAZ | 10/1/2007 12:10:45 AM | GBUXD010 | 2 | | PLRA Payment | ($3.80) | | $64.00 |
| YAZ | 10/1/2007 12:10:45 AM | FBUXD008 | 3 | | PLRA Payment | ($12.83) | | $51.17 |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD061 | 6 | | PLRA Payment | ($12.83) | | $12.68 |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD062 | 5 | | PLRA Payment | ($12.83) | | $25.51 |
| YAZ | 10/1/2007 12:10:45 AM | FCAAD063 | 4 | | PLRA Payment | ($12.83) | | $38.34 |
| YAZ | 10/1/2007 12:09:09 AM | FBUXD008 - 2 | | | Debt Encumbrance | | ($7.12) | -------- |
| YAZ | 10/1/2007 12:09:09 AM | FCAAD061 - 5 | | | Debt Encumbrance | | ($7.12) | -------- |
| YAZ | 10/1/2007 12:09:09 AM | FCAAD062 - 3 | | | Debt Encumbrance | | ($7.12) | -------- |
| YAZ | 10/1/2007 12:09:09 AM | FCAAD063 - 4 | | | Debt Encumbrance | | ($7.12) | -------- |
| YAZ | 10/1/2007 12:09:09 AM | GBUXD010 - 1 | | | Debt Encumbrance | | ($7.12) | -------- |
| YAZ | 9/21/2007 3:44:16 PM | 4098-C | | | PLRA Payment | $0.97 | | $67.80 |
| YAZ | 9/17/2007 5:00:41 AM | 70191603 | | | Lockbox - CD | $35.60 | | $66.83 |
| YAZ | 9/12/2007 12:09:18 AM | FCAAD043 - 2273 | | | Debt Encumbrance | | ($0.03) | -------- |
| YAZ | 9/12/2007 12:09:18 AM | FCAAD061 - 2272 | | | Debt Encumbrance | | ($1.57) | -------- |
| YAZ | 9/12/2007 12:09:18 AM | FCAAD062 - 2270 | | | Debt Encumbrance | | ($1.57) | -------- |

FILED

JAN 2 9 2008

08 0174

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| YAZ | 9/12/2007 12:09:18 AM | FCAAD063 - 2271 | Debt Encumbrance | | ($1.57) | -------- |
| YAZ | 9/12/2007 12:09:18 AM | GBUXD010 - 2269 | Debt Encumbrance | | ($1.57) | -------- |
| YAZ | 9/12/2007 12:09:18 AM | FBUXD008 - 2268 | Debt Encumbrance | | ($1.57) | -------- |
| YAZ | 9/7/2007 10:55.02 PM | TFN0907 | Phone Withdrawal | ($5.00) | | $31.23 |
| YAZ | 9/7/2007 8:03:52 AM | GIPP0807 | Payroll - IPP | $20.74 | | $36 23 |
| YAZ | 9/7/2007 8:03:52 AM | FCAAD043 - 2234 | Debt Encumbrance | | ($0.04) | -------- |
| YAZ | 9/7/2007 8:03:52 AM | FCAAD061 - 2233 | Debt Encumbrance | | ($4.14) | -------- |
| YAZ | 9/7/2007 8:03:52 AM | FCAAD062 - 2231 | Debt Encumbrance | | ($4.14) | -------- |
| YAZ | 9/7/2007 8:03.52 AM | FCAAD063 - 2232 | Debt Encumbrance | | ($4.14) | -------- |
| YAZ | 9/7/2007 8:03:52 AM | GBUXD010 - 2230 | Debt Encumbrance | | ($4.14) | -------- |
| YAZ | 9/7/2007 8:03:52 AM | FBUXD008 - 2229 | Debt Encumbrance | | ($4.14) | -------- |
| YAZ | 9/5/2007 2:51:47 PM | GJV0079 | Inmate ID Card | ($5.00) | | $15.49 |
| YAZ | 9/1/2007 12:10:40 AM | FBUXD008 - 2020 | Debt Encumbrance - Released | | $3.97 | -------- |
| YAZ | 9/1/2007 12:10:40 AM | FBUXD008 - 2023 | Debt Encumbrance - Released | | $1.34 | -------- |
| YAZ | 9/1/2007 12:10:40 AM | FCAAD061 - 2027 | Debt Encumbrance - Released | | $1.34 | -------- |
| YAZ | 9/1/2007 12:10:40 AM | FCAAD062 - 2025 | Debt Encumbrance - Released | | $1.34 | -------- |
| YAZ | 9/1/2007 12:10.40 AM | FCAAD063 - 2026 | Debt Encumbrance - Released | | $1.34 | -------- |

1 2 3 4

**Total Transactions: 161**

**Totals: $12.61 ($2.61)**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | $10.00 | $0.00 | $2.61 | $0.00 | $0 00 | $0.00 | $0.00 | $12.61 |
| **Totals:** | **$10.00** | **$0.00** | **$2.61** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.61** |

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05711068 | **Current Institution:** | Yazoo City FCI |
| **Inmate Name:** | BANKS, FREDERICK | **Housing Unit:** | YAZ-B-C |
| **Report Date:** | 10/03/2007 | **Living Quarters:** | B11-037U |
| **Report Time:** | 4:03:22 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | 9/1/2007 12:10:40 AM | GBUXD010 - 2024 | | | Debt Encumbrance - Released | | $1.34 | -------- |
| YAZ | 9/1/2007 12:10:40 AM | FCAAD043 - 2028 | | | Debt Encumbrance - Released | | $0.02 | -------- |
| YAZ | 9/1/2007 12:10:40 AM | FCAAD043 | 5067 | | PLRA Payment | ($0.02) | | $20.49 |
| YAZ | 9/1/2007 12:10:40 AM | FCAAD061 | 5066 | | PLRA Payment | ($0.67) | | $20.51 |
| YAZ | 8/29/2007 5:14:47 AM | 70190401 | | | Lockbox - CD | $7.88 | | $21.18 |
| YAZ | 8/9/2007 12:10:29 AM | GYAZD023 - 2019 | | | Debt Encumbrance - Released | | $20.00 | -------- |
| YAZ | 8/9/2007 12:10:29 AM | GYAZD023 | 4732 | | Initial PLRA Pymt | ($20.00) | | $13.30 |
| YAZ | 8/8/2007 3:49:39 PM | GIPP0707 | | | Payroll - IPP | $6.72 | | $33.30 |
| YAZ | 8/8/2007 3:49:39 PM | FCAAD043 - 2028 | | | Debt Encumbrance | | ($0.02) | -------- |
| YAZ | 8/8/2007 3:49:39 PM | FCAAD061 - 2027 | | | Debt Encumbrance | | ($1.34) | -------- |
| YAZ | 8/8/2007 3:49:39 PM | FCAAD062 - 2025 | | | Debt Encumbrance | | ($1.34) | -------- |
| YAZ | 8/8/2007 3:49:39 PM | FCAAD063 - 2026 | | | Debt Encumbrance | | ($1 34) | -------- |
| YAZ | 8/8/2007 3:49:39 PM | GBUXD010 - 2024 | | | Debt Encumbrance | | ($1.34) | -------- |
| YAZ | 8/8/2007 3:49:39 PM | FBUXD008 - 2023 | | | Debt Encumbrance | | ($1.34) | -------- |
| YAZ | 8/8/2007 3:49:22 PM | GIPP0707 | | | Payroll - IPP | $23.97 | | $26.58 |
| YAZ | 8/8/2007 3:49:22 PM | FBUXD008 - 2020 | | | Debt Encumbrance | | ($3.97) | -------- |
| YAZ | 8/8/2007 3:49:22 PM | GYAZD023 - 2019 | | | Debt Encumbrance | | ($20.00) | -------- |
| YAZ | 8/7/2007 8:28:59 PM | TFN0807 | | | Phone Withdrawal | ($6.00) | | $2.61 |
| YAZ | 8/6/2007 5:19:40 PM | TFN0806 | | | Phone Withdrawal | ($4.00) | | $8.61 |
| YAZ | 8/1/2007 12:10:39 AM | FCAAD061 - 1820 | | | Debt Encumbrance - Released | | $2.73 | -------- |
| YAZ | 8/1/2007 12:10:39 AM | FCAAD062 - 1818 | | | Debt Encumbrance - Released | | $2.73 | -------- |
| YAZ | 8/1/2007 12:10:39 AM | FCAAD063 - 1819 | | | Debt Encumbrance - Released | | $2.73 | -------- |
| YAZ | 8/1/2007 12:10:39 AM | GBUXD010 - 1817 | | | Debt Encumbrance - Released | | $2.73 | -------- |
| YAZ | 8/1/2007 12·10:39 AM | FBUXD008 - 1816 | | | Debt Encumbrance - Released | | $2.73 | -------- |
| YAZ | 8/1/2007 12:10:39 AM | FCAAD043 - 1821 | | | Debt Encumbrance - Released | | $0.03 | -------- |
| YAZ | 8/1/2007 12.10:39 AM | FCAAD043 | 4646 | | PLRA Payment | ($0.03) | | $12.61 |
| YAZ | 8/1/2007 12:10:39 AM | FCAAD062 | 4644 | | PLRA Payment | ($0.92) | | $15.37 |
| YAZ | 8/1/2007 12:10:39 AM | FCAAD061 | 4645 | | PLRA Payment | ($2.73) | | $12.64 |
| YAZ | 7/10/2007 3:43.14 PM | GIPP0607 | | | Payroll - IPP | $13.68 | | $16.29 |
| YAZ | 7/10/2007 3:43:14 PM | FCAAD043 - 1821 | | | Debt Encumbrance | | ($0.03) | -------- |
| YAZ | 7/10/2007 3:43:14 PM | FCAAD061 - 1820 | | | Debt Encumbrance | | ($2.73) | -------- |
| YAZ | 7/10/2007 3:43:14 PM | FCAAD062 - 1818 | | | Debt Encumbrance | | ($2.73) | -------- |
| YAZ | 7/10/2007 3:43:14 PM | FCAAD063 - 1819 | | | Debt Encumbrance | | ($2.73) | -------- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YAZ | 7/10/2007 3:43:14 PM | GBUXD010 - 1817 | | Debt Encumbrance | | ($2.73) | -------- |
| YAZ | 7/10/2007 3:43:14 PM | FBUXD008 - 1816 | | Debt Encumbrance | | ($2.73) | -------- |
| YAZ | 7/1/2007 3:28:32 PM | TFN0701 | | Phone Withdrawal | ($10.00) | | $2.61 |
| YAZ | 7/1/2007 12:10:30 AM | GBUXD010 - 1581 | | Debt Encumbrance - Released | | $3.52 | -------- |
| YAZ | 7/1/2007 12:10:30 AM | GBUXD017 - 1582 | | Debt Encumbrance - Released | | $3.52 | -------- |
| YAZ | 7/1/2007 12:10:30 AM | FBUXD008 - 1579 | | Debt Encumbrance - Released | | $3.52 | -------- |
| YAZ | 7/1/2007 12:10:30 AM | FBUXD009 - 1580 | | Debt Encumbrance - Released | | $3.52 | -------- |
| YAZ | 7/1/2007 12:10:30 AM | FCAAD062 - 1583 | | Debt Encumbrance - Released | | $3.52 | -------- |
| YAZ | 7/1/2007 12:10:30 AM | FCAAD063 - 1584 | | Debt Encumbrance - Released | | $0.04 | -------- |
| YAZ | 7/1/2007 12:10:30 AM | FCAAD063 | 4100 | PLRA Payment | ($0.04) | | $16.13 |
| YAZ | 7/1/2007 12:10:30 AM | FBUXD009 | 4098 | PLRA Payment | ($0.97) | | $19.69 |
| YAZ | 7/1/2007 12:10:30 AM | FBUXD008 | 4099 | PLRA Payment | ($3.52) | | $16.17 |
| YAZ | 7/1/2007 12:10:30 AM | FCAAD062 | 4101 | PLRA Payment | ($3.52) | | $12.61 |
| YAZ | 6/27/2007 4:58.49 PM | TFN0627 | | Phone Withdrawal | ($2.00) | | $20.66 |
| YAZ | 6/21/2007 3:33:18 PM | GYAZD016 | 3984 | Initial PLRA Pymt | ($1.96) | | $22.66 |
| YAZ | 6/12/2007 2:52:05 PM | IS048 | | FRP Quarterly Pymt | $0.00 | | $24.62 |
| YAZ | 6/12/2007 2:49:05 PM | GIPP0507 | | Payroll - IPP | $17.64 | | $24.62 |

1 2 3 4

**Total Transactions: 161**

**Totals: $12.61 ($2.61)**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | $10.00 | $0.00 | $2.61 | $0.00 | $0.00 | $0.00 | $0.00 | $12.61 |
| **Totals:** | **$10.00** | **$0.00** | **$2.61** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.61** |

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05711068 | **Current Institution:** | Yazoo City FCI |
| **Inmate Name:** | BANKS, FREDERICK | **Housing Unit:** | YAZ-B-C |
| **Report Date:** | 10/03/2007 | **Living Quarters:** | B11-037U |
| **Report Time:** | 4:03:39 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | 6/12/2007 2:49:05 PM | FCAAD063 - 1584 | | | Debt Encumbrance | | ($0.04) | -------- |
| YAZ | 6/12/2007 2:49:05 PM | GBUXD010 - 1581 | | | Debt Encumbrance | | ($3.52) | -------- |
| YAZ | 6/12/2007 2:49:05 PM | GBUXD017 - 1582 | | | Debt Encumbrance | | ($3.52) | -------- |
| YAZ | 6/12/2007 2:49:05 PM | FBUXD008 - 1579 | | | Debt Encumbrance | | ($3.52) | -------- |
| YAZ | 6/12/2007 2:49:05 PM | FBUXD009 - 1580 | | | Debt Encumbrance | | ($3.52) | -------- |
| YAZ | 6/12/2007 2:49:05 PM | FCAAD062 - 1583 | | | Debt Encumbrance | | ($3.52) | -------- |
| YAZ | 6/2/2007 3:14:29 PM | TFN0602 | | | Phone Withdrawal | ($10.00) | | $6.98 |
| YAZ | 6/1/2007 12:10:59 AM | GBUXD010 - 1372 | | | Debt Encumbrance - Released | | $3.64 | -------- |
| YAZ | 6/1/2007 12:10:59 AM | GBUXD017 - 1373 | | | Debt Encumbrance - Released | | $3.64 | -------- |
| YAZ | 6/1/2007 12:10:59 AM | FBUXD008 - 1370 | | | Debt Encumbrance - Released | | $3.64 | -------- |
| YAZ | 6/1/2007 12:10:59 AM | FBUXD009 - 1371 | | | Debt Encumbrance - Released | | $3.64 | -------- |
| YAZ | 6/1/2007 12:10:59 AM | FCAAD062 - 1374 | | | Debt Encumbrance - Released | | $3.64 | -------- |
| YAZ | 6/1/2007 12:10:59 AM | FCAAD063 - 1375 | | | Debt Encumbrance - Released | | $0.04 | -------- |
| YAZ | 6/1/2007 12:10:59 AM | FCAAD063 | 3710 | | PLRA Payment | ($0.04) | | $20.62 |
| YAZ | 6/1/2007 12:10:59 AM | FBUXD008 | 3709 | | PLRA Payment | ($3.64) | | $20.66 |
| YAZ | 6/1/2007 12:10:59 AM | FCAAD062 | 3711 | | PLRA Payment | ($3.64) | | $16.98 |
| YAZ | 6/1/2007 12:10:59 AM | GBUXD010 | 3707 | | PLRA Payment | ($3.64) | | $27.94 |
| YAZ | 6/1/2007 12:10:59 AM | FBUXD009 | 3708 | | PLRA Payment | ($3.64) | | $24.30 |
| YAZ | 6/1/2007 12:10:59 AM | GBUXD017 | 3706 | | PLRA Payment | ($3.64) | | $31.58 |
| YAZ | 5/29/2007 9:25:46 PM | TFN0529 | | | Phone Withdrawal | ($10.00) | | $35.22 |
| YAZ | 5/8/2007 9:36:32 AM | GIPP0407 | | | Payroll - IPP | $18.24 | | $45.22 |
| YAZ | 5/8/2007 9:36:32 AM | FCAAD063 - 1375 | | | Debt Encumbrance | | ($0.04) | -------- |
| YAZ | 5/8/2007 9:36:32 AM | GBUXD010 - 1372 | | | Debt Encumbrance | | ($3.64) | -------- |
| YAZ | 5/8/2007 9:36:32 AM | GBUXD017 - 1373 | | | Debt Encumbrance | | ($3.64) | -------- |
| YAZ | 5/8/2007 9:36:32 AM | FBUXD008 - 1370 | | | Debt Encumbrance | | ($3.64) | -------- |
| YAZ | 5/8/2007 9:36:32 AM | FBUXD009 - 1371 | | | Debt Encumbrance | | ($3.64) | -------- |
| YAZ | 5/8/2007 9:36:32 AM | FCAAD062 - 1374 | | | Debt Encumbrance | | ($3.64) | -------- |
| YAZ | 4/4/2007 8:44:57 AM | GICP0407 | | | Inmate Co-pay | ($2.00) | | $26.98 |
| YAZ | 4/2/2007 6:21:28 PM | 75 | | | Sales | ($123.25) | | $28.98 |
| YAZ | 3/30/2007 4:39:56 PM | TFN0330 | | | Phone Withdrawal | ($50.00) | | $152.23 |
| YAZ | 3/29/2007 9:05:27 AM | 2193-V | | | PLRA Payment | $40.00 | | $202.23 |
| YAZ | 3/29/2007 9:05:09 AM | 2192-V | | | PLRA Payment | $40.00 | | $162.23 |
| YAZ | 3/29/2007 9 04:41 AM | 2191-V | | | PLRA Payment | $40.00 | | $122.23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YAZ | 3/29/2007 8:48:08 AM | 2189-V | | PLRA Payment | $34.49 | | $82.23 |
| YAZ | 3/29/2007 8:47:43 AM | 2190-V | | PLRA Payment | $40.00 | | $47.74 |
| YAZ | 3/8/2007 5:05:37 PM | TFN0308 | | Phone Withdrawal | ($5.00) | | $7.74 |
| YAZ | 3/6/2007 1:16:35 PM | GITS2CNV | | Phone Rev With Rel | $5.13 | | $12.74 |
| YAZ | 3/1/2007 9:11:55 PM | ITS0301 | | Phone Withdrawal | ($5 00) | | $7.61 |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD043 - 833 | | Debt Encumbrance - Released | | $40.00 | -------- |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD058 - 834 | | Debt Encumbrance - Released | | $40.00 | -------- |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD061 - 835 | | Debt Encumbrance - Released | | $40.00 | -------- |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD062 - 836 | | Debt Encumbrance - Released | | $40.00 | -------- |
| YAZ | 3/1/2007 12.10:41 AM | FCAAD063 - 837 | | Debt Encumbrance - Released | | $40.00 | -------- |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD063 | 2189 | PLRA Payment | ($34.49) | | $172.61 |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD061 | 2191 | PLRA Payment | ($40.00) | | $92.61 |
| YAZ | 3/1/2007 12.10:41 AM | FCAAD062 | 2190 | PLRA Payment | ($40.00) | | $132.61 |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD058 | 2192 | PLRA Payment | ($40.00) | | $52.61 |
| YAZ | 3/1/2007 12:10:41 AM | FCAAD043 | 2193 | PLRA Payment | ($40.00) | | $12.61 |
| YAZ | 2/28/2007 5:00:45 AM | 70177601 | | Lockbox - CD | $200.00 | | $207.10 |
| YAZ | 2/28/2007 5.00:45 AM | FCAAD043 - 833 | | Debt Encumbrance | | ($40.00) | -------- |

1 2 3 4

**Total Transactions: 161**

**Totals:** **$12.61** **($2.61)**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | $10.00 | $0.00 | $2.61 | $0.00 | $0.00 | $0.00 | $0.00 | $12.61 |
| **Totals:** | **$10.00** | **$0.00** | **$2.61** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.61** |

