Frederick Banks
05717-068, IAW
FCC Yazoo City (Low)
PO Box 5000
Yazoo City, MS 39194

FILED
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be filed and sent to the United States District Court for S.D. of Mississippi

J M Facciola
8/4/08

Hon John M. Facciola
E. Barrett Prettyman CtHse
333 Constitution Ave. NW.
Washington, DC 20001

July 25, 2008

RE: In re the Search of Certain Cell Phones
541 F.Supp.2d 1   Case No 08cv174

Dear Judge Facciola,

I am listed as one of the Plaintiffs in this case yet have not recieved any pleadings. Could you kindly have the clerk forward me copies of every pleading filed in this case and a complete docket sheet? If you wish you may construe this letter as a Motion brought pursuant to the Fifth Amendment Right to Due Process and a Notice of Appearance.

Thank you for your time and attention to this matter of federal concern.

Sincerely,

Frederick Banks